```
2611562
Derwent Accession: 1983-F8754K
Utility
REASSIGNED
M/ Hand tool with toothed rotors for dislodging material from a surface
Inventor: Brookfield, Peter A. M., 7/16 Atkin Ave., Mission Bay, Auckland,
         NZ
Assignee: Unassigned
         UNASSIGNED OR ASSIGNED TO INDIVIDUAL (Code: 68000)
Examiner: Peters, Jimmy C. (Art Unit: 324)
Law Firm: Young & Thompson

               Publication                      Application     Filing
               Number       Kind    Date        Number          Date
               -----------  ----    --------    -------------   --------
Main Patent    US 4502223   A       19850305    US 82435307     19821019
Priority                                        NZ 198688       19811019


Fulltext Word Count: 3904
Post Issue Legal Status:
Calculated Expiration Date: 20021019

Reassignment:
Recorded:  19980102
Action:    ASSIGNMENT OF ASSIGNOR'S INTEREST
Assignor:  BROOKFIELD, PETER ARTHUR MARSHALL DATE SIGNED: 12/06/1997
Assignee:  WILLIAM ZINSSER & CO., INC. 39 BELMONT DRIVE SOMERSET, NEW
           JERSEY 08875
Reel:      008896
Frame:     0515
Contact:   FAY, SHARPE, BEALL ET AL. JAMES W. MCKEE 1100 SUPERIOR AVENUE
           SUITE 700 CLEVELAND, OH 44114-2518
```

{AXB0054.DOC;1}