```
3232467
Derwent Accession: 1991-095840
 Utility
 REASSIGNED
M/ Tool
 ; SCARIFYING A SURFACE OR REMOVING ICE
Inventor: Brookfield, Peter A. M., Auckland, NZ
Assignee: Paper Tiger Systems Limited (03), Auckland, NZ
          Paper Tiger Systems Ltd NZ
Examiner: Watts, Douglas D. (Art Unit: 324)
Assistant Examiner: Heyrana, Sr., Paul M.
Law Firm: Young & Thompson

              Publication                    Application     Filing
              Number         Kind    Date    Number          Date
              -------------  ----    ------  --------------  --------
Main Patent   US 5074045     A       19911224 US 90570955    19900820
Priority                                      NZ 230500      19890831


Fulltext Word Count: 5245

Post Issue Legal Status:
Calculated Expiration Date: 20100820

Reassignment:
Recorded:  19980102
Action:    ASSIGNMENT OF ASSIGNOR'S INTEREST
Assignor:  PAPER TIGER SYSTEMS LIMITED DATE SIGNED: 12/06/1997
Assignee:  WILLIAM ZINSSER & CO., INC. 39 BELMONT DRIVE SOMERSET, NEW
           JERSEY 08875
Reel:      008896
Frame:     0524
Contact:   FAY, SHARPE ET AL JAMES W. MCKEE 1100 SUPERIOR AVENUE, SUITE 700
           CLEVELAND, OHIO 44114-2518

Recorded:  19980722
Action:    ASSIGNMENT OF ASSIGNOR'S INTEREST
Assignor:  PAPER TIGER SYSTEMS LIMITED DATE SIGNED: 05/21/1998
Assignee:  WILLIAM ZINSSER & CO., INC. 173 BELMONT DRIVE SOMERSET, NEW
           JERSEY 08875
Reel:      009328
Frame:     0864
Contact:   FAY, SHARPE, BEALL, FAGAN ET AL JAMES W. MCKEE 1100 SUPERIOR
           AVENUE, 7TH FLOOR CLEVELAND, OHIO 44114-2518
```

{AXB0053.DOC;1}